371 A.2d 1304

Drozynski et al., Appellants, v. Thorofare
Markets, Inc. et al.

Argued November 11, 1976.   Homer W. King, with him King and Bowman, for appellants; Henry E. Rea, Jr., with him Brandt, Milnes, Rea & Malone, for appellee.

Judgment affirmed.